**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ellowood Eugene BENNETT,**
**Defendant–Appellant.**

No. 01–7635.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Ellowood Eugene Bennett, Appellant Pro Se. Patrick Michael Flatley, Office Of The United States Attorney, Wheeling, West Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Ellowood Eugene Bennett seeks to appeal the district court's order denying his motions to supplement his 28 U.S.C.A. § 2255 (West Supp.2001) motion and for relief from judgment. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Bennett,* Nos. CR–90–78; CA–96–10–2 (N.D.W.Va. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Dismissed by unpublished PER CURIAM opinion.